United States Bankruptcy Court

Re:  Petrohunter Energy Corporation

Case No. 16-20197-KHT

Response to Notice of Chapter 7 Trustee's Objection to Claim No. 23 Filed by Martin Oring

Dear Sirs,

I am in receipt of the Trustee's Objection to Claim No. 23 Filed by Martin Oring which states that "…he has no information from which to determine whether the claim was a legitimate debt incurred by the Debtor before the Petition date because Mr. Oring failed to file any supporting documentation…"

Attached please find:

1.  Minutes of a Joint Meeting of the Sweetpea and Petrohunter Boards from October 9, 2013, in which accruals for salary and Director's Fees are discussed.
2.  A spreadsheet prepared by Paul Maniscalco, the chief accounting officer for Petrohunter, which was included as an exhibit to the October 9 board meeting minutes.  It identifies the salaries and Director's Fees accrued that are owed to various individuals, including me as an Officer and Director.

The October 9 documents should have been in the files that were turned over to the Trustee.  The Trustee or his attorneys would also have all of the documentation that supports this spreadsheet, as well as all of the minutes of the Petrohunter Board, the Petrohunter Executive Committee and the Sweetpea Board.  I do not have access to any of the other accounting documentation in the Trustee's possession.

Please note, on the sixth line down of the spreadsheet, Oring Total, it shows the quarterly activity broken down by salary, BOD-Board of Director of Petrohunter, SP-Board of Director of Sweetpea and medical reimbursements.  All of these accruals including the fourth quarter of 2013 (not shown), were paid to me, except for $120,000 which was to be paid to me in Falcon stock at an assumed price of 20 cents per share, or 600,000 shares.  Nothing was paid for the years 2014, 2015, or 2016.  My amended total owed is $812,757 in cash of which $12,850 is priority wages plus the 600,000 shares of Falcon stock. The total is broken out below.

2014 - $76,196 per quarter or $304,784 per year

2015 - $76,196 per quarter or $304,784 per year

2016 - $76,196 per quarter or $203,189 for eight months (filing occurred in the fourth quarter of 2016)

Total:  $812,757

These quarterly numbers are shown in the highlighted quarterly activity on the attached spreadsheet.

Note the total for the last 180 days:

    Salary - $100.000

    BOD - $36,000

    SP - $12,000

        Total - $148,000

Therefore, I claim $12,150 as priority.

It should also be noted that there was no Falcon Australia Board fees accrued or paid during 2014-2016.

You will see that this total is less than my original claim.  Please consider this submission as an amendment to my original claim.

Your soonest attention to this matter will be greatly appreciated.  Please call me at 201-390-5790 if you have any questions.

Thank you in advance,

Martin Oring

**Minutes of a Joint Meeting of the Board of Directors of**
**PetroHunter Energy Corporation and Sweetpea Petroleum Pty Ltd**
**Held October 9, 2013**

A joint meeting of the Board of Directors of PetroHunter Energy Corporation (the "Company" or "PetroHunter") and Sweetpea Petroleum Pty Ltd ("Sweetpea") was held via conference call on Wednesday, October 9, 2013 at 3:30 p.m. Mountain Time.

Marty Oring presided as meeting chairman, and Fay Matsukage kept the minutes of the meeting.

The following directors were present: Marty Oring, Matt Silverman, Tony Lotito, Colin Hallenstein and Christian Russenberger, being all of the directors of the Company and all of the directors of Sweetpea and therefore a quorum. Paul Maniscalco was also in attendance. The meeting was called to order at 3:30 p.m.

The meeting was called so that the Boards could discuss the payment of accrued compensation for the members of both Boards and management of both companies and payment of compensation for the Boards and management going forward. A spreadsheet showing amounts accrued for compensation and a copy of an agreement between PetroHunter and Christian Russenberger as Director of Global Project Finance AG were circulated to the members of both Boards prior to the meeting, and are attached to these minutes.

Mr. Russenberger expressed the following concerns about payment of the accrued compensation and payment of compensation going forward:
- His records did not match the spreadsheet prepared by Mr. Maniscalco (although Mr. Oring noted that the difference was only $1,500 in his favor);
- He believes that all unpaid accrued compensation should be paid in shares rather than cash;
- There should be no additional compensation for serving on Sweetpea's board or management if the individual is already being compensated by PetroHunter; and
- The total compensation of $160,000 per quarter is too high for running a holding company.

Mr. Russenberger left the meeting at 4:06 p.m.

After discussing various payment proposals, and upon motion made and duly seconded, the remaining members of the Boards unanimously approved the following:
- The amounts accrued for the quarter ended September 30, 2013, totaling $151,196, would be paid in cash now;
- The unpaid amounts accrued through June 30, 2013, totaling $560,218, will be paid by December 31, 2013, with 50% being paid in cash and 50% being paid in Falcon Oil & Gas shares, valued at $0.20 per share;
- Compensation for October through December 2013 will be paid monthly at the current rates, except for Paul Maniscalco, who is being paid a base salary plus an additional amount determined by the number of hours worked; and
- Global Project Finance (Christian Russenberger) will be paid advance fees of $140,000 in cash now and the remaining balance will be paid in full in cash by December 31, 2013.

The meeting was adjourned at approximately 4:30 p.m.

Respectfully submitted:

*Fay Matsukage*

Fay Matsukage, Acting Secretary of the Meeting

| Salary and BOD | 09.30.2012 Accrual | Quarter Activity | 12.31.2012 Accrual | Quarter Activity | 03.31.2013 Accrual | Quarter Activity | 06.30.2013 Accrual | Adjustments/ Payments | 06.30.2013 Accrual | Quarter Activity | 09.30.2013 Accrual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Oring** | | | | | | | | | | | |
| Salary | 183,334 | 50,000 | 233,334 | 50,000 | 283,334 | 50,000 | 333,334 | (183,326) | 150,008 | 50,000 | 200,008 |
| BOD | 72,000 | 18,000 | 90,000 | 18,000 | 108,000 | 18,000 | 126,000 | (66,000) | 60,000 | 18,000 | 78,000 |
| FO/AUS | 44,000 | 9,000 | 53,000 | 9,000 | 62,000 | 9,000 | 71,000 | (55,000) | 16,000 | - | 16,000 |
| SP | 24,000 | 6,000 | 30,000 | 6,000 | 36,000 | 6,000 | 42,000 | - | 42,000 | 6,000 | 48,000 |
| Medical | 26,411 | 2,196 | 28,607 | 2,196 | 30,803 | 2,196 | 32,999 | (10,789) | 22,210 | 2,196 | 24,406 |
| Oring Totals | 349,745 | 85,196 | 434,941 | 85,196 | 520,137 | 85,196 | 605,333 | (315,115) | 290,218 | 76,196 | 366,414 |
| **Lotto** | | | | | | | | | | | |
| BOD | 62,500 | 15,000 | 77,500 | 15,000 | 92,500 | 15,000 | 107,500 | (58,750) | 48,750 | 15,000 | 63,750 |
| SP | 26,000 | 6,000 | 32,000 | 6,000 | 38,000 | 6,000 | 44,000 | - | 44,000 | 6,000 | 50,000 |
| Lotto Totals | 88,500 | 21,000 | 109,500 | 21,000 | 130,500 | 21,000 | 151,500 | (58,750) | 92,750 | 21,000 | 113,750 |
| **Silverman** | | | | | | | | | | | |
| BOD | 62,500 | 15,000 | 77,500 | 15,000 | 92,500 | 15,000 | 107,500 | (61,250) | 46,250 | 15,000 | 61,250 |
| SP | 26,000 | 6,000 | 32,000 | 6,000 | 38,000 | 6,000 | 44,000 | - | 44,000 | 6,000 | 50,000 |
| Silverman Totals | 88,500 | 21,000 | 109,500 | 21,000 | 130,500 | 21,000 | 151,500 | (61,250) | 90,250 | 21,000 | 111,250 |
| **Maniscalco** | | | | | | | | | | | |
| Salary | 40,000 | 15,000 | 55,000 | 15,000 | 70,000 | 15,000 | 85,000 | (124,000) | (39,000) | 15,000 | (24,000) |
| 1099 (SP Diffy) | 23,000 | 6,000 | 29,000 | 6,000 | 35,000 | 6,000 | 41,000 | - | 41,000 | 6,000 | 47,000 |
| | 63,000 | 21,000 | 84,000 | 21,000 | 105,000 | 21,000 | 126,000 | (124,000) | 2,000 | 21,000 | 23,000 |
| **Hallenstein** | | | | | | | | | | | |
| SP | 27,000 | 6,000 | 33,000 | 6,000 | 39,000 | 6,000 | 45,000 | - | 45,000 | 6,000 | 51,000 |
| **CR** | | | | | | | | | | | |
| SP | 22,000 | 6,000 | 28,000 | 6,000 | 34,000 | 6,000 | 40,000 | - | 40,000 | 6,000 | 46,000 |
| Totals Quarterly Accrual | | 160,196 | | 160,196 | | 160,196 | | | | 151,196 | |
| Total Accrual | 638,745 | | 798,941 | | 959,137 | | 1,119,333 | (559,115) | 560,218 | | 711,414 |