UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-20197 KHT |
| PETROHUNTER ENGERGY CORP., ) | (Chapter 7) |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER REGARDING STIPULATION AND JOINT MOTION TO RESET HEARING AND TO AMEND "DISCOVERY SCHEDULE AND PLAN FOR CONTESTED MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 11"**

THIS MATTER, having come before the Court upon the "Stipulation and Joint Motion to Reset Hearing and to Amend 'Discovery Schedule and Plan for Contested Motion to Convert Case from Chapter 7 to Chapter 11'" (the "Stipulation and Joint Motion") filed jointly by the parties on November 29, 2018; and,

THE COURT, having reviewed the Stipulation and Joint Motion and the Court's file, and having determined that the Stipulation and Joint Motion is meritorious and that the relief requested therein should be granted;

NOW, THEREFORE, the Stipulation and Joint Motion is hereby GRANTED as follows:

1. The "Discovery Schedule and Plan for Contested Motion to Convert Case from Chapter 7 to Chapter 11" entered September 27, 2018 [Dkt. 226] is hereby amended as follows:

   a. Depositions of fact witnesses must be completed by February 22, 2019;

   b. Initial expert disclosures must be made and exchanged on or before March 22, 2019, rebuttal disclosures must be made and exchanged on or before April 8, 2019, and all expert discovery shall be completed by April 19, 2019; and,

   c. Summary judgment or early disposition motions shall be filed on or before February 8, 2019, responses thereto shall be filed on or before March 4, 2019, and replies shall be filed on or before March 11, 2019.

2. The hearing respecting the "Motion to Convert Case from Chapter 7 to Chapter 11" [Dkt. 203], presently set for March 20-22, 2019, is hereby VACATED AND CONTINUED. The hearing shall commence on Tuesday, April 30, 2019 at 9:30 a.m.

Dated: __December 3__, 2018

BY THE COURT

_____
United States Bankruptcy Judge